IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| BETTY BOOTH )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HARBOR GROUP MANAGEMENT )<br>CO. )<br>Defendant. ) | Civil Action<br>No. 05-2206-BP |

## JOINT SCHEDULING ORDER

Pursuant to written notice a scheduling conference was set for June 9, 2005, before Magistrate Judge Tu M. Pham. Prior to the conference David M. Rudolph, counsel for Plaintiff and Robbin Hutton, counsel for Defendant, agreed upon the following dates:

| | |
|---|---|
| Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1): | June 9, 2005; |
| Joining Parties: | July 15, 2005; |
| Amending Pleadings: | July 15, 2005; |
| Initial Motion to Dismiss: | August 15, 2005; |
| Completing all Discovery: | December 15, 2005; |
| (a) Document Production: | December 15, 2005; |
| (b) Depositions, Interrogatories and Requests for Admissions | December 15, 2005; |
| (c) Expert Witness Disclosure (Rule 26) | |
| (1) Disclosure of Plaintiff's Rule 26 Expert Information: | September 30, 2005; |

---

1  This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-13-05

(2) Disclosure of Defendant's Rule 26 Expert Information:     October 31, 2005;

(3) Expert Witness Depositions:     December 15, 2005;

Filing Dispositive Motions:     January 16, 2006;

Other Relevant Matters:

No depositions may be scheduled to occur after the discovery cutoff date without leave of Court. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer or objection, which is the subject of the motion, if the default or the service of the response, answer or objection occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer or objection shall be waived.

This case is set for jury trial. The parties anticipate that trial of this matter will take 3-4 days.

The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

The possibility of settlement and ADR at this time appears to be unknown. The parties will jointly advise the Court on or before December 15, 2005 in a pleading to be filed in the same manner as other pleadings as to whether or not an agreement has been reached to utilize mediation. Any mediation must be completed on or before ten (10) days before the final pretrial

conference; and the parties shall notify the Court of the results. Any decision to utilize mediation will not alter the deadlines established by this scheduling order.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The parties have not consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED, this the 12 day of May 2005.

TU M. PHAM
UNITED STATES MAGISTRATE JUDGE
DATE: 5/12/05

APPROVED AS TO FORM:

By: /s/ David Rudolph by permission
David Rudolph, BPR # 14930
Martin, Tate, Morrow & Marston, P.C.
6410 Poplar Avenue, Suite 1000
Memphis, TN 38119
Telephone (901) 522-9000
Fax: (901)527-3746
COUNSEL FOR PLAINTIFF
Betty Booth


By: /s/ James H. Stock
James H. Stock, Jr., BPR # 9262
Robbin Hutton, BPR # 019440
WEINTRAUB, STOCK & GRISHAM
Renaissance Center
1715 Aaron Brenner Suite 512
Memphis, TN 38120
Telephone: (901) 526-0431
Fax: (901) 526-8183

COUNSEL FOR DEFENDANT
Harbor Group Management Co.

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:05-CV-02206 was distributed by fax, mail, or direct printing on May 13, 2005 to the parties listed.

---

Robbin W. Hutton
WEINTRAUB STOCK & GRISHAM
1715 Aaron Brenner Dr.
Ste. 512
Memphis, TN 38120

David M. Rudolph
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

James H. Stock
WEINTRAUB STOCK & GRISHAM
1715 Aaron Brenner Dr.
Ste. 512
Memphis, TN 38120

Honorable J. Breen
US DISTRICT COURT